[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 22-11857

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

CHRISTOPHER JOHN STREETER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:20-cr-00304-VMC-CPT-1

_____

2                    Opinion of the Court                    22-11857

Before ROSENBAUM, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Christopher John Streeter in this appeal following Streeter's conviction on one count of sex trafficking of a minor and his resultant life sentence, has filed a motion to withdraw on appeal. The motion is supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Streeter's conviction and sentence are **AFFIRMED**.[1]

---

[1] After Burns filed the *Anders* brief, Streeter filed, *pro se*, motions both to discharge Burns as counsel and to be appointed new appellate counsel. We conclude that both motions are meritless and warrant no further discussion, particularly given our decision to grant counsel's motion under *Anders* and affirm the district court.